HEMSTRACT <em>against</em> YOUNGS.

On the return of a summons before a justice, the 25th October, the parties joined issue, and a venire was awarded, at the instance of the plaintiff, and the justice adjourned the cause to the 1st November, at which time, the defendant appeared and demanded an adjournment, which the justice refused, unless he would pay the costs of the venire; it was held, that the defendant was entitled to the adjournment, and that the justice had no right to refuse it, on that ground.

IN ERROR, on *certiorari*, from a justice's court.　*Youngs* sued *Hemstract*, before the justice, in trespass, and on the return of the summons, on the 25th *October*, 1811, the parties appeared, and joined issue.　The plaintiff demanded a jury, and the justice thereupon issued a *venire*, which was delivered to a constable, and adjourned the cause to the 1st *November*, on which day the parties appeared, and the defendant demanded an adjournment, which the justice refused to grant, unless the defendant would pay the constable's fees on the *venire*, and the jurors' fees, which the defendant refused to do.　The cause was then tried, and the jury found a verdict for the plaintiff, for one dollar and fifty cents, on which the justice gave judgment.

*Per Curiam.*　There is nothing in the return from which we can infer, that the first adjournment was at the defendant's request; and when the second adjournment was moved for by the defendant, we are to presume, that he offered to comply with the conditions, requisite to entitle him to an adjournment, under the 5th section of the act, as the justice put his refusal to grant the motion on a different ground, and one which he was not authorized to take.　The defendant must have been entitled to the adjournment as of right.　There does not appear to have been any

delay, or want of due diligence on his part which could bring his case within the decision of *Powers* v. *Lockwood; (ante,* 133.) and he was clearly entitled to the adjournment.

Judgment reversed.